IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:16-cr-205-DPM

FABIAN ROCK DELEON
Reg. No. 28631-009     DEFENDANT

ORDER

Deleon moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i). He reports that he asked the warden for release in November and December of 2021 and has received no response. *Doc. 70 at 3.* He therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Deleon seeks release to care for his mother, who contracted COVID-19. While the Court understands and sympathizes with Deleon's desire to be with his mother, this does not qualify as an "extraordinary and compelling" reason warranting a reduction of his sentence. 18 U.S.C. § 3582(c)(1)(A)(i). Furthermore, the governing statute requires the Court to consider the § 3553(a) factors in deciding whether to grant compassionate release. 18 U.S.C. § 3582(c)(1)(A). Deleon has served less than half of his 12-year, 7-month sentence. He has an extensive criminal history. Shortening his sentence would not reflect the seriousness of his crimes, justly punish him, promote respect

for the law, or promote deterrence. All material things considered, the statute's remedy—reducing Deleon's sentence to time served—is not appropriate in this case. His motion, *Doc. 70*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 February 2022