IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:16-cr-205-DPM

FABIAN ROCK DELEON
Reg. No. 28631-009                                                     DEFENDANT

## ORDER

     Motion, *Doc. 85*, denied. Under the version of the Sentencing Guidelines in effect when Deleon was sentenced, his criminal history score was increased by two points because he was on parole when he committed his new crime. Under a recent, retroactive amendment to the Sentencing Guidelines, Deleon would only receive a one-point increase. But the amendment has no effect on Deleon's Guideline range. Deleon remains in criminal history category six. The Court cannot reduce his sentence. 18 U.S.C. § 3582(c)(2); USSG § 1B1.10(a)(2)(B).

     So Ordered.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

20 November 2023